IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                                CRIMINAL 12-0076CCC

MILTON RODRIGUEZ-MEDERO

Defendant

**ORDER**

Having considered the Report and Recommendation filed on June 15, 2012 (**docket entry 38**) on a Rule 11 proceeding of defendant Milton Rodríguez-Medero held before U.S. Magistrate Judge Marcos E. López on June 15, 2012, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 15, 2012.   The **sentencing hearing is set for September 13, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 29, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge